UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRENDA M. JOHNSON,

        Plaintiff,

   v.

CATHOLIC COMMUNITY SERVICES, et al.,

        Defendants.

CASE NO. C19-5316 BHS

ORDER DIRECTING PARTIES TO MEET AND CONFER AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, PLAINTIFF'S MOTION TO COMPEL, AND DEFENDANTS' MOTION FOR EXTENSION OF TIME

This matter comes before the Court on the Court's order setting initial deadlines, Dkt. 20, Plaintiff Brenda Johnson's ("Johnson") motion for summary judgment, Dkt. 21, Johnson's motion to compel, Dkt. 25, Defendants Catholic Community Services, Anisha Fernando, Faatima Lawrence, Nick Lieder, Melissa Moss, and Hazel Winner's ("Defendants") motion for extension of time to respond to the motion to compel, Dkt. 26, and the parties' separate joint status reports, Dkts. 33, 35.

On September 5, 2019, the Court issued an initial order setting three deadlines as follows: Joint Status Report due by 12/4/2019, Fed. R. Civ. P. 26(f) Conference Deadline is 11/20/2019, and Initial Disclosure Deadline is 11/27/2019. Dkt. 20. On December 4, 2019, Defendants filed a joint status report asserting that Johnson has failed to cooperate with a joint discovery plan and the 26(f) conference. Dkt. 33. Later that day, Johnson

filed a joint status report that addresses a number of issues irrelevant to an initial status report and concedes that the parties have not met as directed. Dkt. 35.

Upon review of the status reports, the Court agrees with Defendants that Johnson has failed to submit a clear and concise statement of the case. The problem, however, is that Defendants answered the complaint instead of filing a motion to dismiss seeking further clarification of any potential claim in the amended complaint. Moreover, the parties have failed to complete the initial meetings as ordered by the Court, which could shed some light on Johnson's claims. The parties are ordered to meet and confer and submit a joint status report no later than January 10, 2020. Refusal to meet may result in sanctions including dismissal or default.

Regarding Johnson's motions, the Court **DENIES** the motions as premature and substantively without merit. The Court is unable to determine the scope of Johnson's claims and therefore is unable to consider summary judgment on those claims. Moreover, Johnson fails to identify what discovery requests Defendants have failed to comply with to justify her motion to compel. The Court also **DENIES** Defendants' motion as moot.

**IT IS SO ORDERED**.

Dated this 11th day of December, 2019.

BENJAMIN H. SETTLE
United States District Judge