UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRENDA M. JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CATHOLIC COMMUNITY SERVICES, et al.,<br><br>　　　　　Defendants. | CASE NO. C19-5316 BHS<br><br>ORDER |

This matter is before the Court on pro se plaintiff Brenda Johnson's motion for "Preliminary injunction and Motion to Set Aside the Court Order that Establishes Your Child Support," Dkt. 125, and emergency motion for a "Preliminary injunction," Dkt. 126.[1]

This case was filed in 2019, and it was dismissed with prejudice in February 2020. Dkts. 50, 51, and 58. Johnson appealed in May 2020, Dkt. 59, and the Ninth Circuit Court of Appeals dismissed that appeal as untimely in December 2020. Dkt. 62.

---

[1] Johnson requests oral argument on her second motion. Dkt. 126 at 1. This request is DENIED.

ORDER - 1

1    Johnson moved to re-open the case in March 2023, Dkts. 64, 65, and filed several

2    other motions related to that request, Dkts. 66, 78, 101. The Court denied those motions

3    on April 3, 2023, Dkt. 105, informing Johnson that it "will not re-open the case to re-

4    litigate her prior claims or to litigate whatever [her] new claim is." *Id.* at 2. The Court

5    further ordered that "[t]he case remains closed," "[t]he Clerk shall not accept any further

6    filings in this case other than a notice of appeal," and "[a]ny new claims shall be filed in a

7    new case." *Id.* at 2–3. Johnson filed a notice of appeal of that order, Dkt. 113, and the

8    Ninth Circuit summarily affirmed it, Dkt. 122.

9    Johnson now "moves the court to set aside all the child support arrears judgment

10    . . . by the Department of Child Support." Dkt. 125 at 1. This motion is directed at the

11    "Division of Child Support" and "Terry Lee Rembert." *Id.* Johnson also moves for a

12    preliminary injunction against the "Tacoma Housing Authority," "Jeffrey Fisher," and

13    Duane Strom, etc." Dkt. 126 at 1.

14    The Court again declines to re-open this case. This case remains closed, and

15    Johnson's motions, Dkts. 125, 126, are accordingly **DENIED**. The Clerk shall not accept

16    any further filings in this case other than a notice of appeal. And, again, any new claims

17    shall be filed in a new case.

18    Dated this 8th day of September, 2023.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2