UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRENDA M. JOHNSON, | CASE NO. C19-5316 BHS |
| Plaintiff, | ORDER |
| v. | |
| CATHOLIC COMMUNITY SERVICES, et al., | |
| Defendants. | |

THIS MATTER is before the Court on the following motions filed by pro se plaintiff Brenda Johnson:

• Motion for withdrawal and disbursement of registry funds, Dkt. 131. Johnson asks the Court to disburse 40 billion dollars to her.

• Motion to amend, correct caption, and re-open case, Dkt. 133.

• Ninth motion for a new trial de novo, Dkt. 137.

• Ninth motion for a preliminary injunction, Dkt. 138.

• Ninth motion for mistrial, Dkt. 142.

• Motion for leave to amend, Dkt. 145.

ORDER - 1

1 • Motion to enforce, Dkt. 146.

2 • Ninth Motion to vacate orders and pleadings, Dkt. 147.

3 • Emergency motion for temporary protection order, Dkt. 148.

4 • Motion for rehearing en banc, Dkt. 150.

5 • Ninth motion for default judgment, Dkt. 151.

6 • Ninth motion for default judgment Pierce County, Dkt. 153.

7 • Ninth motion for more definite statement to orders, Dkt. 155.

8 • Ninth motion to disqualify Benjamin H. Settle, Dkt. 156.

This Court dismissed all of Johnson's claims with prejudice more than five years ago. Dkts. 50, 51. The Ninth Circuit dismissed her appeal in December 2020. Dkt. 62. In April 2023, this Court denied a host of Johnson's additional motions not unlike the ones now before the Court, and ordered the clerk's office to reject any further filings, other than a notice of appeal. Dkt. 105. Johnson appealed, and the Ninth Circuit affirmed. Dkt. 122. The Supreme Court denied Johnson's petition for a writ of certiorari on October 30, 2023. Dkt. 130.

The current motions are procedurally improper, untimely, and wholly without any substantive merit. They are **DENIED**. **The case remains closed**. The clerk shall docket, **but not note for hearing**, any additional filings in this case.

**IT IS SO ORDERED**.

//

//

//

1    Dated this 20th day of August, 2025.

*[signature]*
BENJAMIN H. SETTLE
United States District Judge